UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FABRICE J. MURACCIOLE,

    Plaintiff,

v.                                    CASE NO: 8:06-cv-1217-T-23TBM

ROBIN M.S.C. MURACCIOLE,

    Defendant.
_____/

## **ORDER**

The defendant's motion (Doc. 15) for an enlargement of time to conduct discovery is **DENIED** for failure to comply with Local Rule 3.01(g).

ORDERED in Tampa, Florida, on December 15, 2006.

                                                    STEVEN D. MERRYDAY
                                                    UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy